UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEENAN HESTLE,

    Plaintiff,      Case No. 2:16-cv-196

v.            Honorable Paul L. Maloney

CATHERINE BAUMAN, et al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: October 4, 2016    /s/ Paul L. Maloney
             Paul L. Maloney
             United States District Judge